# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:13CR047-MAC-DDB |
| | § | |
| JOSEPH DEBB GOLDEN, | § | |
| | § | |
| DEFENDANT. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this court as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, ORDERED that the Report and Recommendation of United States Magistrate Judge is ADOPTED as the opinion of the court.

It is further ORDERED that Defendant's supervised release is hereby REVOKED.

It is further ORDERED that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of twelve (12) months with no supervised release to follow.

The court recommends that Defendant be housed in the Bureau of Prisons Ft. Worth FCI if available.

IT IS SO ORDERED.

SIGNED at Beaumont, Texas, this 2nd day of September, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE